UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Animal Protection Institute,

    Plaintiff,

v.

Mark Holsten, in his official capacity
as Commissioner of the Minnesota            ORDER
Department of Natural Resources,             Civil No. 06-3776

    Defendant,
and

Minnesota Trappers Association, U.S.
Sportsmen's Alliance Foundation,
Fur Takers of America, National
Trappers Association, Todd Roggenkamp
and Cory Van Driel,

    Defendant-Intervenors.
_____

This matter is before the Court upon the request of *amici curiae* Safari Club International, Safari Club International Foundation, and the Minnesota Outdoor Heritage Alliance ("SCI/MOHA") to file an *amici curiae* brief in support of Defendant and Defendant-Intervenor's motions for summary judgment.

Based on the submissions of the parties, the Court will allow SCI/MOHA to file an *amici curiae* brief, but will not allow SCI/MOHA to present oral argument.

Date: November 26, 2007

                                            s / Michael J. Davis
                                            Michael J. Davis
                                            United States District Court