# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Animal Protection Institute and Center for Biological Diversity,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Mark Holsten, in his official capacity as Commissioner of the Minnesota Department of Natural Resources<br><br>　　　　Defendant,<br><br>　　　　and<br><br>Minnesota Trappers Association, U.S. Sportsmen's Alliance Foundation, Fur Takers of America, National Trappers Association, Todd Roggenkamp, and Cory Van Driel<br><br>　　　　Defendant-Intervenors. | Civil No. 06-CV-03776 (MJD/RLE) |

## ORDER

Defendant- Intervenors' request to have until Monday, June 2, 2008, at **4:30 p.m.** to file their Reply to Plaintiff's Response to State Defendant's Proposal to Restrict, Modify, or Eliminate the incidental taking of Lynx is hereby **GRANTED**.


Dated: May 30, 2008　　　　　　　　　　　　　s / Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge